# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LBD WINDDOWN, LLC | ) | Case No. 20-11768 (CSS) |
| (F/K/A LUCKY BRAND DUNGAREES, | ) | |
| LLC), | ) | Tax I.D. No. 95-4363823 |
| | ) | |
| Debtor. | ) | **Re: Docket Nos. 606 and 637** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LBD PARENT HOLDINGS, LLC, | ) | Case No. 20-11769 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. 46-4354563 |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LBD STORES WINDDOWN, LLC (F/K/A | ) | Case No. 20-11771 (CSS) |
| LUCKY BRAND DUNGAREES STORES, | ) | |
| LLC), | ) | Tax I.D. No. 22-3687295 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LBD PR WINDDOWN, LLC (F/K/A LUCKY | ) | Case No. 20-11772 (CSS) |
| PR, LLC), | ) | |
| | ) | Tax I.D. No. 80-0969578 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LBD INTERMEDIATE HOLDINGS, LLC, | ) | Case No. 20-11770 (CSS) |
| | ) | |
| Debtor. | ) | Tax I.D. No. 46-4377702 |
| | ) | |

**FINAL DECREE CLOSING CERTAIN OF THE DEBTORS' CHAPTER 11 CASES AND
AMENDING CAPTION OF THE REMAINING CASES**

27563750.1

Upon consideration of the *Plan Administrator's Motion for Entry of a Final Decree Closing Certain of the Debtors' Chapter 11 Cases and Amending Caption of the Remaining Case* (the "**Motion**")[1] of Berkeley Research Group, LLC, as plan administrator of the debtors (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for entry of a final decree and order (this "**Final Decree**"), pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, (a) closing the Closing Cases (as defined below); (b) waiving the requirement of further post-confirmation reporting for the Closing Debtors (as defined below); and (c) amending the caption of the Remaining Cases (as defined below) to reflect the closure of the Closing Cases; and this Court having reviewed the Motion; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits and denied with prejudice.

3. Pursuant to section 305(a) of the Bankruptcy Code, the Chapter 11 Cases (collectively the "Closing Cases") of the following Debtors (the "Closing Debtors") are hereby CLOSED, effective as of the date of the entry of this Final Decree:

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

| *Debtor* | *Case Number* |
|---|---|
| LBD Winddown, LLC | 20-11768 |
| LBD Stores Winddown, LLC (f/k/a Lucky Brand Dungarees Stores, LLC) | 20-11771 |
| LBD PR Winddown, LLC (f/k/a Lucky PR, LLC) | 20-11772 |

4. Proper and adequate notice of the Motion was given, and no other or further notice is necessary.

5. Entry of this Final Decree is without prejudice to the rights of the Debtors, the Plan Administrator, the U.S. Trustee, or any other party in interest to seek to reopen any of the Closing Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

6. The Closing Cases are hereby removed from the joint administration order [Docket No. 76]. The Chapter 11 Cases of LBD Parent Holdings, LLC (Case No. 20-11769) and LBD Intermediate Holdings, LLC (Case No. 20-11770) (collectively, the "Remaining Cases") shall remain OPEN pending further order of this Court and shall be administered under the following amended caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LBD Parent Holdings, LLC et al. | ) Case No. 20-11769 (CSS) |
| Debtors.[1] | ) |

---

[1] The Debtors, along with the last four digits of their United States federal tax identification number, are LBD Parent Holdings, LLC (4563) and LBD Intermediate Holdings, LLC (7702). The Debtors' address is PO Box 10430, Torrance, California 90505-1430. The chapter 11 cases of certain affiliates of the Debtors, including LBD Winddown LLC (f/k/a Lucky Brand Dungarees, LLC), have been closed. *See* Docket No. [___].

7. The Plan Administrator shall complete any remaining quarterly reports with respect to the Closing Cases, including reports for any partial quarter up through the date of the entry of

this Order, by no later than January 31, 2021, and the Plan Administrator or the Debtors shall pay any fees due in the Closing Cases to the U.S. Trustee pursuant to 28 U.S.C. § 1930, including fees for disbursements up through the date of entry of this Order, even if for a partial quarter ("Quarterly Fees"), by no later than January 31, 2021; provided, however, that if any Debtor seeks to dissolve prior to January 31, 2021, Quarterly Fees for such Debtor shall be paid to the U.S. Trustee prior to such dissolution.

8. No quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Closing Cases shall be due for any period after the date of the entry of this Order.

9. The final report for the Debtors in the Closing Cases required under Local Rule 3022-1(c) shall be included as part of a consolidated final report for all the Debtors and filed in connection with the closure of the Remaining Cases.

10. The Clerk of the Court shall enter this Final Decree on the docket of the Closing Cases, and thereafter each such docket shall be marked as "Closed."

11. All motions, contested matters, and adversary proceedings that remain open as of the date hereof, or that are opened in the future, with respect to the Debtors in the Closing Cases will be administered under the Remaining Cases.

12. The Plan Administrator and Epiq Corporate Restructuring, LLC, the Debtors' claims and noticing agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

13. To the extent allowed by applicable law, this Court shall retain jurisdiction with respect to any matters or disputes related to the Closing Cases, including, without limitation, any matters or disputes relating to the effect of provisions contained in the Plan and/or the

Confirmation Order. and any other order of this Court entered in the Chapter 11 Cases of the Closing Debtors.

|  |  |
|---|---|
| **Dated: January 8th, 2021**<br>**Wilmington, Delaware** | **CHRISTOPHER S. SONTCHI**<br>**UNITED STATES BANKRUPTCY JUDGE** |